

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-22-00692-CR

The **STATE** of Texas,
Appellant

v.

Billy Rodolfo **RAMIREZ**,
Appellee

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2022CVK001350D1
Honorable Jose A. Lopez, Judge Presiding

BEFORE JUSTICE RIOS, JUSTICE VALENZUELA, AND JUSTICE MEZA

In accordance with this court's opinion of this date, the trial court's order granting Appellee's application for pretrial writ of habeas corpus is REVERSED AND REMANDED for further proceedings consistent with this opinion.

SIGNED August 12, 2025.

_____
Lori I. Valenzuela, Justice